**SCHNADER HARRISON SEGAL & LEWIS** LLP
A Pennsylvania Limited Liability Partnership
**LISA J. RODRIGUEZ**
**New Jersey Managing Partner**
**Woodland Falls Corporate Park**
**220 Lake Drive East, Suite 200**
**Cherry Hill, New Jersey 08002-1165**
**Phone: (856) 482-5222 ▪ Fax: (856) 482-6980**
**ljrodriguez@schnader.com**

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TROY OGLESBY, SR., on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE "ORIGINAL" W. HARGROVE DEMOLITION COMPANY, INC. d/b/a CAMDEN TOWING, INC., and THE CITY OF CAMDEN<br><br>*Defendants*. | Civil Action<br><br>No. 1:15-cv-08006-RMB-JS<br><br>**NOTICE OF MOTION FOR CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES AND FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that on October 17, 2017 at 10:00 a.m., the date of the Fairness Hearing in the above-captioned action, the undersigned attorney for Troy Oglesby, Sr., on behalf of himself and all other similarly situated individuals ("Plaintiffs"), will apply to the United States District Court for the District of New

Jersey before the Honorable Renée M. Bumb, for an Order certification of the class for settlement purposes and for final approval of class action settlement

Plaintiffs shall rely upon the attached Memorandum of Law in support of this motion.

A Proposed Order also accompanies this Notice.

                *s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
SCHNADER HARRISON SEGAL & LEWIS LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1165
Phone: (856) 482-5222
Fax: (856) 482-6980

*Attorneys for Plaintiffs*

Date:  September 27, 2017